# Third District Court of Appeal

**State of Florida**

Opinion filed September 7, 2016.

_____

No. 3D15-2602
Lower Tribunal No. 14-6281
_____

**Nationstar Mortgage, LLC,**
Appellant,

vs.

**Lillian Pardo,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Eric Hendon, Judge.

Akerman LLP, Nancy M. Wallace (Tallahassee), William P. Heller (Fort Lauderdale), Eric M. Levine (West Palm Beach) and Eric S. Matthew, for appellant.

The Arcia Law Firm, P.L., and Omar J. Arcia (Miramar), for appellee.

Before LAGOA, EMAS and LOGUE, JJ.

PER CURIAM.

Appellant appeals from a final summary judgment entered by the trial court. Appellee has, commendably, filed a confession of error. Upon our review of the record, we agree.[1]

We reverse the final summary judgment and remand for further proceedings.

---

[1] It should be noted that the case relied upon by appellant in urging reversal was issued after the trial court granted the motion for summary judgment.